UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
JULIA HOOKS,

        Plaintiff,

        v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY
        Defendant.
*******************************

Civil Action No. 3:12-cv-01627

**CONSENT ORDER TO REMAND**
**REMAND PURSUANT TO SENTENCE**
**FOUR OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 24th day of October 2013;

ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant for further administrative proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

SO ORDERED:

Hon. ~~Randolph F. Treece~~ Frederick J. Scullin, Jr.
~~Magistrate~~ Senior Judge, United States District Court

The undersigned hereby consent to the form and entry of the within order.

                    RICHARD S. HARTUNIAN  
                    United States Attorney

By:     s/ <u>Sandra M. Grossfeld</u>  
          Sandra M. Grossfeld  
          Special Assistant U.S. Attorney  
          Bar No. 514022  
          c/o Social Security Administration  
          Office of the General Counsel  
          26 Federal Plaza, Rm. 3904  
          New York, NY 10278

          LACHMAN & GORTON  
          Attorneys for Plaintiff

By:     s/ <u>Peter A. Gorton, Esq.</u>  
          Peter A. Gorton, Esq.  
          Bar Roll No. 104832  
          1500 E. Main St.  
          P.O. Box 89  
          Endicott, NY 13761-0089

CERTIFICATE OF SERVICE

The undersigned certifies that she caused to be sent by electronic mail on October, 23, 2013 the Stipulation and Order of Remand in this case to:

Peter A. Gorton, Esq.
lgaattorneys@stny.rr.com, lachmanandgorton@gmail.com

                                                s/ Sandra M. Grossfeld
                                                  Sandra M. Grossfeld